**Writ of Mandamus Denied, Opinion issued October 2, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01279-CV

## IN RE TERRY JAMES, Relator

**Original Proceeding from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. J10-060011-01**

## MEMORANDUM OPINION

Before Justices Morris, Richter, and Lang-Miers
Opinion by Justice Lang-Miers

Relator contends the trial court violated a ministerial duty by not filing his petition for writ of habeas corpus. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

ELIZABETH LANG-MIERS
JUSTICE

121279F.P05